## CLAY v. STATE.
### No. 25282.

Court of Criminal Appeals of Texas.
April 25, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the theft of an automobile. The punishment assessed is confinement in the state penitentiary for a term of two years.

The indictment and all other matters of procedure appear to be regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is, therefore affirmed.